UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RUADHRI MCCORMICK,<br><br>　　　　　　Defendant. | NO. CR26-131 KKE<br><br><br>FELONY INFORMATION |

The United States charges that:

## COUNT 1

### *(Willful Failure to Pay Over Tax)*

At all times relevant to this Information:

**A.    Background**

1.    Single Shot LLC (dba Single Shot) was an LLC doing business in Seattle, Washington, which is within the Western District of Washington. Single Shot was a restaurant located in Seattle's Capitol Hill neighborhood.

2.    The defendant, RUADHRI MCCORMICK, was the sole governor of Single Shot LLC, its registered agent, and the signatory on Single Shot's bank account.

Information - 1
*United States v. McCormick*
USAO No. 2024R1070

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.    MCCORMICK also owned and operated Single Shot. He exercised control over every aspect of Single Shot's business affairs, including approving payments by the restaurant and controlling the restaurant's bank accounts. MCCORMICK had authority to hire and fire employees, sign paychecks, and set employee schedules.

**B.    Employment Tax Withholding**

4.    Single Shot withheld taxes from its employees' paychecks, including federal income taxes, and Medicare and Social Security taxes (collectively, "payroll taxes").

5.    Single Shot was required to pay over the withheld payroll taxes to the Internal Revenue Service on a periodic basis. In addition, Single Shot was required to file, following the end of each calendar quarter, an Employer's Quarterly Federal Income Tax Return on Form 941, setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

6.    As owner and operator of Single Shot, MCCORMICK was a "responsible person," that is, he had the responsibility to collect, truthfully account for, and pay over Single Shot's payroll taxes.

7.    Throughout the calendar years 2014 through 2024, MCCORMICK, on behalf of Single Shot, withheld tax payments from its employees' paychecks. Beginning no later than the fourth quarter of 2014 and continuing at least to the third quarter of 2024, however, MCCORMICK failed to pay over any of these withheld funds to the Internal Revenue Service, despite knowing that he was required to do so. In all, for the 36 quarters over this period, MCCORMICK failed to pay over $1,027,362 in payments he had withheld from employees' paychecks. MCCORMICK also failed to pay an additional $418,979 in employer payroll taxes that Single Shot owed the Internal Revenue Service.

Information - 2
*United States v. McCormick*
USAO No. 2024R1070

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. Beginning no later than the fourth quarter of 2014 and continuing at least to the third quarter of 2024, Single Shot further failed to file quarterly employment tax returns with the Internal Revenue Service. Each Form 941 was due to be filed at the end of the month following the end of each calendar quarter.

**C.    Willful Failure to Pay Over Tax**

9. As one example of MCCORMICK's conduct, on or about January 31, 2023, in King County, in the Western District of Washington, and elsewhere, the defendant, RUADHRI MCCORMICK, did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld and Federal Insurance Contributions Act taxes due and owing to the United States on behalf of Single Shot LLC and its employees for the quarter ending December 31, 2022.

All in violation of Title 26, United States Code, Section 7202.

DATED this 16th day of ~~June~~ July, 2026.

s/ Sarah Y. Vogel
SARAH Y. VOGEL
Criminal Chief
Assistant United States Attorney

for
SETH WILKINSON
Assistant United States Attorney

LAUREN WATTS STANIAR
Assistant United States Attorney

Information - 3
*United States v. McCormick*
USAO No. 2024R1070

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970