The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RUADHRI MCCORMICK,

      Defendant.

CASE NO. 2:26-cr-00131-KKE

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John M. Colvin, an attorney admitted to practice in the Western District of Washington, is entering an appearance as counsel for the Defendant, Ruadhri McCormick, in the above-captioned matter.  Please serve all future pleadings, orders, and communications in this matter to the undersigned.

DATED this 16th day of July, 2026.

Respectfully submitted,

COLVIN + HALLETT, P.S.

/s/ John M. Colvin
John M, Colvin, WSBA #20930
719 Second Avenue, Suite 711
Seattle, WA  98104
T: (206) 223-0800 F: (206) 467-8170
E: jcolvin@colvinhallettlaw.com
*Attorney for Defendant Ruadhri McCormick*

NOTICE OF APPEARANCE

1

COLVIN + HALLETT, P.S.
MILLENNIUM TOWER, SUITE 711
719 SECOND AVENUE
SEATTLE, WA 98104
(206) 223-0800   FAX (206) 467-8170

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

COLVIN + HALLETT, P.S.

/s/ John M. Colvin
John M. Colvin, WSBA #20930
719 Second Avenue, Suite 711
Seattle, WA  98104
T: (206) 223-0800
F: (206) 467-8170
Email: jcolvin@colvinhallettlaw.com
*Attorney for Defendant Ruadhri McCormick*

NOTICE OF APPEARANCE

2